```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 14-05093-RNO
John Vincent Antonetti                                              Chapter 7
     Debtor
## CERTIFICATE OF NOTICE

District/off: 0314-5          User: admin            Page 1 of 1             Date Rcvd: Jul 11, 2016
                              Form ID: fnldecac      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2016.
db          +John Vincent Antonetti,    183 Saw Mill Road,    Long Pond, PA 18334-7934

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2016 at the address(es) listed below:
              Donna  Donaher    on behalf of Creditor    PNC Bank, National Association donaherd@fnb-corp.com
              Jason Paul Provinzano    on behalf of Creditor    Highway Federal Credit Union MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              John  Fisher    on behalf of Creditor    Highway Federal Credit Union johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              John J Martin (Trustee)    pa36@ecfcbis.com, trusteemartin@martin-law.net
              Joshua I Goldman    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Martin A Mooney    on behalf of Creditor    Harley-Davidson Credit Corp. tshariff@schillerknapp.com,
               tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
              Recovery Management Systems Corporation     claims@recoverycorp.com
              Regina  Cohen    on behalf of Creditor    Ally Financial rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              Timothy B. Fisher, II    on behalf of Debtor John Vincent Antonetti donna.kau@pocono-lawyers.com
              United States Trustee     ustpregion03.ha.ecf@usdoj.gov
              William Edward Miller    on behalf of Creditor    Freedom Mortgage Corporation
               wmiller@sterneisenberg.com,  ddelvecchio@sterneisenberg.com;ckohn@sterneisenberg.com
                                                                                              TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

John Vincent Antonetti  
183 Saw Mill Road  
Long Pond, PA 18334

Chapter 7  
Case No. 5:14−bk−05093−RNO

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−6820

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**John J Martin (Trustee)**

is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: July 8, 2016

BY THE COURT  
By the Court,

Honorable Robert N. Opel  
United States Bankruptcy Judge  
By: AutoDocketer, Deputy Clerk